1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6
7
8
9

ANTON A.H. LINDBECK,

                              Petitioner,

      v.

PATRICK GLEBE,

                              Respondent.

No. C12-6014 RBL/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

10
11
12
13

        The Court, having reviewed the petition for writ of habeas corpus, the response, the

Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report

and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

14          (1)     The Court adopts the Report and Recommendation.

15
16          (2)     The petition for writ of habeas corpus (ECF No. 4) is **DISMISSED WITH
                    PREJUDICE.**

17
18          (3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for
                    Respondent and to the Hon. Karen L. Strombom.

19          **DATED** this 9th day of May, 2013.

20
21
22

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

23
24
25
26

ORDER ADOPTING REPORT AND RECOMMENDATION - 1